IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06cr3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PERRY J. ROEBER, | ) | |
| | ) | |
| Defendant. | ) | |

On January 24, 2012, the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Matt Molsen, Special Assistant United States Attorney. Upon accepting the defendant's admission of the allegation that he violated special condition number 2 of his supervised release, the Court found that the defendant did violate the terms and conditions of supervision as alleged in the Report on Defendant Under Supervision (filing 60).

A dispositional hearing was held. The Court finds that the defendant's supervised release should not be revoked.

IT IS ORDERED that defendant's supervised release is continued until October 15, 2012, under the same terms and conditions as set forth in the Amended Judgment filed December 3, 2008, (filing 56).

DATED: January 27, 2012

BY THE COURT:

s/ *Richard G. Kopf*
United States Senior District Judge